UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN N. LEWIS and<br>SUSAN A. LEWIS,<br><br>      Plaintiffs,<br><br>v.<br><br>BANK OF NEW YORK MELLON<br>TRUST COMPANY, N.A., as Trustee,<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC. and<br>WELLS FARGO BANK, N.A.,<br><br>      Defendants. | Civil Action No. 16-cv-11122 |

### DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Bank Of New York Mellon Trust Company, N.A., as Trustee ("BONY"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Wells Fargo Bank, N.A. ("Wells Fargo," and collectively, "Defendants") move the Court to dismiss, with prejudice, the Complaint filed by Plaintiffs John N. Lewis and Susan A. Lewis ("Plaintiffs") for failure to state a claim upon which relief can be granted. In support of this motion, Defendants rely upon their accompanying memorandum of law.

WHEREFORE, Defendants pray that the Court, grant this motion, dismiss the Complaint with prejudice and without leave to amend, enter judgment for Defendants and against Plaintiff, and grant such other and further relief that it deems appropriate.

Respectfully submitted,
Defendants,
Bank Of New York Mellon Trust Company, N.A.,
as Trustee, Mortgage Electronic Registration
Systems, Inc., and Wells Fargo Bank, N.A.
by their attorneys,

*/s/ Sean R. Higgins*
Sean R. Higgins (BBO #659105)
sean.higgins@klgates.com
Hollee M. Watson (BBO #691480)
hollee.watson@klgates.com
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
(617) 261-3175 (fax)

Dated:  July 1, 2016

## CERTIFICATE OF SERVICE

I, Sean R. Higgins, certify that on July 1, 2016, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via first class mail, postage prepaid, to those indicated as non-registered participants.

*/s/ Sean R. Higgins*
Sean R. Higgins