UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN N. LEWIS and ) <br> SUSAN A. LEWIS, ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> BANK OF NEW YORK MELLON ) <br> TRUST COMPANY, N.A., MORTGAGE ) <br> ELECTRONIC REGISTRATION ) <br> SYSTEM, INC. and WELLS FARGO ) <br> BANK, NA ) <br>     Defendants ) | CIVIL ACTION <br> NO. 16-cv-11122 |

**PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

Now come the plaintiffs John N. Lewis and Susan A. Lewis, in opposition to the defendants' motion to dismiss. In support of their opposition, the plaintiffs state that they have alleged sufficient facts in their Complaint to state claims for a declaratory judgment, that the purported assignment of the mortgage was fraudulent and void (Count I), for which reason a permanent injunction against foreclosure should be entered (Count II); for conversion of mortgage payments collected by the defendant Wells Fargo Bank, N.A. since 2008, as the servicing company for the mortgage, where Peoples Mortgage Corporation, the lender of record was dissolved (Count III); and for violations of Massachusetts General Laws, Chapter 93A, where the defendants have violated the Massachusetts foreclosure law and continued to engage in unfair and deceptive foreclosure practices contrary to their consent decree with the Massachusetts Attorney General to comply with the law. The plaintiff's respectfully direct this Honorable Court to their supporting memorandum, filed herewith and incorporated by reference herein.

WHEREFORE, the plaintiffs oppose the defendants' motion to dismiss and pray that said motion be denied.

Respectfully submitted,

The plaintiffs,
By their attorneys,

*/s/ John N. Lewis*
John N. Lewis BBO# 298520
JOHN N. LEWIS & ASSOCIATES
42 Spring St., Suite 5
Watertown, MA 02472-3444
(617) 393-3450
jlewis4284@aol.com

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 12, 2016.

*/s/ John N. Lewis*
John N. Lewis